# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KATHERINE NELSON, individually, and as Personal Representative of the ESTATE OF DERRICK NELSON, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-2183 ) |
| THE UNITED STATES OF AMERICA, DANVILLE VA MEDICAL CENTER, TARUNKUMAR PATEL, M.D., MICHAEL SHAPIRO, M.D., AND DENNIS LOCKREY, M.D., | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the Defendants, Danville VA Medical Center, Tarunkumar Patel, M.D., Michael Shapiro, M.D., and Dennis Lockrey, M.D., and moves the Court to substitute the appearance of Assistant United States Attorney John D. Hoelzer and terminate the appearance of Assistant United States Attorney David H. Hoff.

        JOHN C. MILHISER
        UNITED STATES ATTORNEY

By:   s/John D. Hoelzer
       John D. Hoelzer, IL Bar No. 6295098
       United States Attorney's Office
       318 South Sixth Street
       Springfield, IL 62701
       Telephone: 217-492-4450
       Email: john.hoelzer@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

The following persons were served with a copy of the foregoing document or by mailing them a copy.

Robert A. Montgomery

July 22, 2019
Date:_____        s/John D. Hoelzer_____
                                    John D. Hoelzer