E-FILED
Tuesday, 25 February, 2020  08:56:54 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| KATHERINE NELSON, Individually, and as Personal Representative of THE ESTATE OF DERRICK NELSON, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-2183 <br> ) <br> ) <br> ) <br> ) |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Jeff Gibson and Defendant being represented by John Hoelzer, counsel met on February 13, 2020 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed.

1.      Parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by March 20, 2020.

2.      The deadline for amendment of pleadings is May 5, 2020.

3.      The deadline for joining additional parties is June 5, 2020.

4.      Plaintiff shall disclose experts and provide expert reports by February 1, 2021. Plaintiff shall make any such experts available for deposition by March 15, 2021.

5.      Defendant shall disclose experts and provide expert reports by April 1, 2021. Defendant shall make any such experts available for deposition by May 1, 2021.

6.      All discovery, including deposition of experts, is to be completed by June 1, 2021.

7.      The deadline for filing case dispositive motions shall be July 30, 2021.

Jeff S. Gibson, Plaintiff                                    John D. Hoelzer, Defendant

BY: s/Jeff S. Gibson                                   BY:  s/John D. Hoelzer
    Jeff S. Gibson, 22362-49                              John D. Hoelzer, 6295098
    WAGNER REESE, LLP                                    UNITED STATES ATTORNEY'S OFFICE
    11939 N. Meridian Street, Suite 100                  318 South Sixth Street
    Carmel, IN 46032                                     Springfield, IL 62701


## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing Rule 26(f) Meeting Report, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeff S. Gibson
WAGNER REESE, LLP
11939 N. Meridian Street, Suite 100
Carmel, IN 46035

                                         s/John D. Hoelzer
                                         John D. Hoelzer
                                       United States Attorney's Office
                                       318 S. Sixth Street
                                       Springfield, IL 62701
                                       Phone: (217) 492-4450
                                       Fax: (217) 492-4512
                                       Email: john.hoelzer@usdoj.gov